UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY MCLEOD BETHUNE DAY ACADEMY PUBLIC CHARTER SCHOOL<br>　　　　Plaintiff<br><br>　　　v.<br><br>TERRI BLAND,<br>as next friend of the minor child<br>T.B.<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No: 1:07-01223(HHK)<br>)<br>)<br>)<br>) |

**DEFENDANTS' ANSWER TO THE COMPLAINT AND AFFIRMATIVE DEFENSES**

COMES NOW Defendant, Terri Bland, through counsel, Roxanne D. Neloms and Domiento C.R. Hill, of James E. Brown & Associates, PLLC, and answers Plaintiff's Complaint as follows (paragraph numbers correspond to the paragraph numbers in the Complaint):

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit
7. Admit.

1

8. Paragraph 8 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

9. Paragraph 9 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

10. Paragraph 10 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

11. Paragraph 11 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

12. Paragraph 12 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

13. Admit.

14. Admit.

15. Admit..

16. Admit.

17. Admit.

18. Paragraph 18 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

19. Admit.

20. Paragraph 20 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

21. Paragraph 21 repeats and re-alleges paragraphs 1-21. Defendant Bland repeats and incorporates her answers to those paragraphs here.

22. Paragraph 22 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

23. Paragraph 23 repeats and re-alleges paragraphs 1-23. Defendant Bland repeats and incorporates her answers to those paragraphs here.

24. Paragraph 24 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

25. Paragraph 25 repeats and re-alleges paragraphs 1-25. Defendant Bland repeats and incorporates her answers to those paragraphs here.

26. Paragraph 26 contains characterizations of the Plaintiff that the Defendant is not required to answer. To the extent that an answer is required, Defendant Bland denies the allegations.

## AFFIRMATIVE DEFENSES

1. The Plaintiff fails to state a claim upon which relief can be granted.

2. The Hearing Officer's Determination issued on April 9, 2007 was decided on substantial evidence presented at the administrative hearing.

WHEREFORE, Defendants demand that the Complaint be dismissed and that Defendant be awarded the expense of litigation, cost, and interest, and such other relief as the Court deems just and proper.

Respectfully Submitted,

_____/s/_____
Roxanne D. Neloms [#478157]
Domiento C.R. Hill [MD 14973]
James E. Brown & Associates, PLLC
1220 L. Street, NW, Suite 700
Washington, DC 20005
(202)742-2000 (Tele.)
***ATTORNEYS FOR PLAINTIFFS***