# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**Mary McLeod Bethune Day Academy Public Charter School**
Plaintiff(s)

Case Number: <u>1:07-cv-01223 HHK</u>

vs

<u>Terri Bland as next friend of the minor child, T.B and T.B. Ind.</u>
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on July 30, 2007 at 8:15 PM, I executed service of process upon **TERRI BLAND** at 5412 C Street SE, Washington, DC 20019 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filimg Order, Electronic Case Files Attorney/Participant Registration Form..

Terri Bland is described as a Black Female, approximately 5' 1" tall, 200-225 pounds, Brown eyes, Black hair, and 45 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 61 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 6, 2007.

Date August 6, 2007.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on August 6, 2007.

_____
My Commission Expires: 10-31-2011

Ref.# 77733

RECEIVED 2007 AUG 10 PM 2:19 NANCY M. MAYER-WHITTINGTON CLERK U.S. DISTRICT COURT DISTRICT OF COLUMBIA