UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY McCLEOD BETHUNE DAY ACADEMY PUBLIC CHARTER SCHOOL,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**TERRI BLAND, as next friend of the minor child, T.B., and T.B., individually,**<br><br>　　　　　　**Defendants.** | Civil Action 07-01223 (HHK) |

**ORDER**

It is this 22nd day of August, 2007, hereby

**ORDERED** that on or before September 5, 2007, the parties shall file a joint status report, which shall include a proposed briefing schedule for dispositive motions. If the parties cannot agree on a proposed schedule, they shall file separate proposed scheduling orders.

　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge