UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY McCLEOD BETHUNE DAY ACADEMY PUBLIC CHARTER SCHOOL,**<br>　　　　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**TERRI BLAND, as next friend of the minor child, T.B. and T.B., individually,**<br><br>　　　　　　　　**Defendant.** | Civil Action 07-01223 (HHK) |

**ORDER**

In a filing captioned "Rule 16.3 Report" docketed August 29, 2007 (#5), the parties state "the parties consent to the assignment of this case to a magistrate judge." The court assumes that the parties intend to consent to an assignment of this case to a United States Magistrate Judge to conduct any and all proceedings **and** to enter judgment in accordance with 28 U.S.C. §636(c). Pursuant to LCvR 73.1(b), if the parties consent to such an assignment, "a notice of consent signed by the parties or their attorneys shall be filed with the Clerk."

Accordingly it is this 4th $^{th}$ day of September, 2007, hereby

**ORDERED** that by no later than **September 15, 2007,** a notice of consent signed by the parties or their attorneys shall be filed with the Clerk;[1] and it is further

---

[1] Pursuant to LCvR 73.1(b), the parties are advised "[t]hat they are free to withhold consent without adverse substantive consequences."

**ORDERED** that upon the filing of the consent, the Clerk of the Court shall prepare an "ORDER Of REFERENCE" which shall refer this case to a United States Magistrate Judge for all further proceedings and for the entry of judgment in accordance with 28 U.S.C. §636(c).

                                              Henry H. Kennedy, Jr.
                                              United States District Judge