UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mary Mcleod Bethune Day
Academy Public Charter School
_____  )
         Plaintiff(s)     )
                          )
         v.               )    Civil Action No. 07-1223 (HHK)
                          )
Terri Bland, et al.       )
_____  )
         Defendant(s)     )

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        9/12/07
Attorney for the Plaintiff(s)    Date
Paul S. Dalton, Esq.

_____        9/12/07
Attorney for the Defendant(s)    Date
Roxanne D. Neloms

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____        9/24/07
United States District Judge     Date

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
       TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99