UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY MCLEOD BETHUNE DAY ACADEMY<br>PUBLIC CHARTER SCHOOL<br>253 42nd Street, NE<br>Washington, D.C. 20019<br><br>    Plaintiff<br><br>    v.<br><br>TERRI BLAND,<br>as next friend of the minor child, T.B.<br>and T.B., individually<br>5412 C Street, SE<br>Washington, D.C. 20019 | : : : : : : : : : : : : : : | **CIVIL ACTION NO.** 1:07-1223<br>(AK) |

**Plaintiff's Consent Motion To Supplement the Administrative Record**

Plaintiff respectfully requests that this Court allow the administrative record to be supplemented with MMB's Exhibits 9 through 13 which were entered into the record below at the administrative hearing but were inadvertently not included in the Certified Record received by Plaintiff from the Student Hearing Office. Plaintiff did not discover that their Exhibits 9 through 13 had been inadvertently omitted from the record until now. Plaintiff has contacted the Defendant and obtained their Consent to supplement the record with these additional Exhibits.

Plaintiff is therefore requesting permission to supplement the record with the additional MMB Exhibits 9 through 13 which will be pages 321 through 327 of the administrative record.

Respectfully submitted,
___/s/_____
Paul S. Dalton, Esq.
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.

1008 Pendleton Street
Alexandria, Virginia 22312-5045
(703) 739-4300 (O)
(703) 739-2323 (F)

## Kathryn T. McAuliffe

**From:** Kathryn T. McAuliffe [k.mcauliffe@daltonlaw.com]
**Sent:** Thursday, December 14, 2006 11:26 AM
**To:** 'chamilton@jeblaw.biz'
**Cc:** 'gabedin@umd.edu'
**Subject:** Follow up on Bethune Cases

Mr. Hamilton,

I just wanted to let you know that I faxed you the A    D    meeting notes. Please let me know if you did not receive them.

Also, since you had to leave quickly yesterday Ms. Abedin didn't get a chance to give you the meeting notes and IEP from the Terrence Bland meeting on Monday. She will be sending them to me and as soon as I get them I will fax everything to your office. Once you (and/or Ms. Gambale) check it over and have Ms. Bland sign the IEP, I assume the complaint will be withdrawn since all of the issues have been addressed and Ms. Bland raised no other issues at the meeting. Please let me know if you, Ms. Bland, or Ms. Gambale need anything else from our office.

Thanks very much.

Kathryn T. McAuliffe
Associate Attorney
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
Tel: (703) 739-4300 x224
Fax: (703) 739-2323

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to d.castro@daltonlaw.com
Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

321

1/9/2007

**Kathryn T. McAuliffe**

From: Kathryn T. McAuliffe [k.mcauliffe@daltonlaw.com]
Sent: Tuesday, December 19, 2006 2:14 PM
To: 'chamilton@jeblaw.biz'
Cc: 'gabedin@umd.edu'
Subject: T. Bland

Mr. Hamilton,

I just wanted to let you know that I faxed you the meeting notes and IEP for Terrence Bland earlier today. Please let me know if you did not receive them.

Please check over everything to ensure nothing was missed in the meeting notes, and then have Ms. Bland sign the IEP. Ms. Abedin is out of town this week, so please contact me directly if you would like the school to contact Ms. Bland directly about signing the IEP. I assume the complaint will be withdrawn since all of the issues are now resolved. Please let me know if this is incorrect or if you, Ms. Bland, or Ms. Gambale need anything else from our office.

Thanks very much and Happy Holidays.


Kathryn T. McAuliffe
Associate Attorney
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
Tel: (703) 739-4300 x224
Fax: (703) 739-2323



************************************************************************
The information contained in this email may be confidential and/or legally
privileged. It has been sent for the sole use of the intended recipient(s). If the
reader of this message is not an intended recipient, you are hereby notified
that any unauthorized review, use, disclosure, dissemination, distribution,
or copying of this communication, or any of its contents, is strictly prohibited.
If you have received this communication in error, please contact the sender
by reply email and destroy all copies of the original message. To contact our
email administrator directly, send to d.castro@daltonlaw.com
Thank you.
************************************************************************

## Kathryn T. McAuliffe

**From:** Kathryn T. McAuliffe [k.mcauliffe@daltonlaw.com]
**Sent:** Monday, January 08, 2007 4:40 PM
**To:** 'chamilton@jeblaw.biz'
**Cc:** 'gabedin@umd.edu'
**Subject:** T. Bland

Mr. Hamilton, per our telephone conversation, I refaxed you the meeting notes and IEP for Terrence Bland. Please let me know if you did not receive them. Also, please let me know as soon as possible when Ms. Bland can sign the IEP. To my knowledge, this case is still set for hearing for a week from Wednesday. Since all of the issues have been addressed, I expect the complaint to be withdrawn.

Thanks very much.

Kathryn T. McAuliffe
Associate Attorney
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
Tel: (703) 739-4300 x224
Fax: (703) 739-2323

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to d.castro@daltonlaw.com
Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Law Offices
## DALTON, DALTON & HOUSTON, P.C.

Paul S. Dalton ¹ * ⁺
Ellen Douglass Dalton ¹ * ⁺
William E. Houston ^ ⁺ °
Laura E. Duos ⁻ ⁺
Jessica M. Smith ¹ ⁺
Kathryn T. McAuliffe ¥

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile:  (703)-739-2323
e-mail: k.mcauliffe@daltonlaw.com

Washington DC. Office:
601 Pennsylvania Avenue, NW
South Building, Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

* ADMITTED IN W. VA
⁺ ADMITTED IN D.C.
^ ADMITTED IN PA
¥ ADMITTED IN CT

⁻ ADMITTED IN MD
° ADMITTED TO THE U.S. SUPREME COURT
¶ ADMITTED IN VA

January 9, 2007

**VIA FACSIMILE** 202-742-2098

Roberta L. Gambale, Esq.
Brown & Associates
1220 L Street, Suite 700
Washington, DC 20005

RE:   Terrence Bland
      DOB: 4/3/95

Dear Ms. Gambale:

    As you know, a Due Process Hearing has been scheduled for next Wednesday, January 17, 2007 for the above referenced student. My client, Mary McLeod Bethune Academy, convened a resolution meeting on November 15, 2006, and agreed to do all requested evaluations. The MDT convened a meeting on December 11, 2006 to review those evaluations and review Terrence's IEP. The team revised Terrence's IEP to address all areas of concern. The meeting notes and IEP have been forwarded to Mr. Corey Hamilton for review. I have spoken to Mr. Hamilton and asked that he contact me immediately if there are any problems because the school would like Ms. Bland to sign the IEP as soon as possible.

    Seeing as though all of the issues raised in your Complaint dated October 31, 2006 have been addressed, I am requesting that withdraw your Complaint and remove the due process hearing from the calendar. Please contact me if you have any questions.

Sincerely,

*[signature]*

Kathryn T. McAuliffe, Esq.

324

**FAX TRANSMISSION COVER SHEET**
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:    January 9, 2007

TO:      Ms. Roberta L. Gambale, Esq.

AT FAX:  202-742-2098

FROM:    Kathryn T. McAuliffe, Esq.

RE:      Terrence Bland

NUMBER OF PAGES INCLUDING THIS PAGE:    2

ADDITIONAL INFORMATION:

---

PLEASE DELIVER ASAP.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

P. 1

\* \* \* Transmission Result Report(Memory TX) ( Jan. 9. 2007 9:39AM ) \* \* \*

)) Dalton, Dalton & Houston

Date/Time: Jan. 9. 2007  9:37AM

```
File                                                                              Page
 No. Mode        Destination                        Pg(s)      Result         Not Sent
------------------------------------------------------------------------------------
9940 Memory TX   2027422098                         P.  2      OK
```

------------------------------------------------------------------------

```
Reason for error
   E.1) Hang up or line fail              E.2) Busy
   E.3) No answer                         E.4) No facsimile connection
```

**FAX TRANSMISSION COVER SHEET**
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:   January 9, 2007

TO:     Ms. Roberta L. Gambale, Esq.

AT FAX: 202-742-2098

FROM:   Kathryn T. McAuliffe, Esq.

RE:     Terrence Bland

NUMBER OF PAGES INCLUDING THIS PAGE:   2

ADDITIONAL INFORMATION:

PLEASE DELIVER ASAP.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

326

## Kathryn T. McAuliffe

**From:** Kathryn T. McAuliffe [k.mcauliffe@daltonlaw.com]
**Sent:** Tuesday, January 09, 2007 9:44 AM
**To:** 'Rgambale@jeblaw.biz'
**Subject:** Terrence Bland

Ms. Gambale,

I am writing to follow up on a letter I just faxed to you regarding Terrence Bland at Mary McLeod Bethune Academy. Please confirm receipt of this letter and let me know if you have any questions.

Thank you.

Kathryn T. McAuliffe
Associate Attorney
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
Tel: (703) 739-4300 x224
Fax: (703) 739-2323

*************************************************************************
The information contained in this email may be confidential and/or legally
privileged. It has been sent for the sole use of the intended recipient(s). If the
reader of this message is not an intended recipient, you are hereby notified
that any unauthorized review, use, disclosure, dissemination, distribution,
or copying of this communication, or any of its contents, is strictly prohibited.
If you have received this communication in error, please contact the sender
by reply email and destroy all copies of the original message. To contact our
email administrator directly, send to d.castro@daltonlaw.com
Thank you.
*************************************************************************

327

1/9/2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY MCLEOD BETHUNE DAY ACADEMY<br>PUBLIC CHARTER SCHOOL<br>253 42nd Street, NE<br>Washington, D.C. 20019<br><br>    Plaintiff<br><br>    v.<br><br>TERRI BLAND,<br>as next friend of the minor child, T.B.<br>and T.B., individually<br>5412 C Street, SE<br>Washington, D.C. 20019 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION NO.** 1:07-1223<br>(AK) |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion to Supplement the Record, and no opposition thereto, it is hereby

ORDERED: that Plaintiff's Consent Motion to Supplement the Record with Pages 321 through 327 is GRANTED;

_____                            _____
Date                                                              Alan Kay
                                                                         United States Magistrate Judge