UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY MCLEOD BETHUNE DAY ACADEMY PUBLIC CHARTER SCHOOL,**<br><br>    Plaintiff,<br><br>    v.<br><br>**TERRI BLAND,** as next friend of the minor child, T.B., **and T.B.**, individually,<br><br>    Defendants. | Civil Action No. 07-1223(AK) |

## ORDER

For the reasons set forth in the Memorandum Opinion issued contemporaneously herewith, it is this 20th day of February, 2008, hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment [13] is **denied**; and it is further

**ORDERED** that Defendants' Motion for Summary Judgment [11] is **granted** as to Count I of Plaintiff's Complaint and **denied** as to Count II of Plaintiff's Complaint; and it is further

**ORDERED** that this case is remanded to the Hearing Officer for a further statement of his reasons for granting 375 hours of compensatory education; and it is further

**ORDERED** that Defendants' request for attorneys' fees is denied without prejudice; and it is further

**ORDERED** that the parties file a joint report no later than six months from this date or thirty days from the date on which a new HOD issues, whichever comes first, advising the Court of the status of this litigation.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE