UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY MCLEOD BETHUNE DAY ACADEMY PUBLIC CHARTER SCHOOL,**<br><br>    Plaintiff,<br><br>    v.<br><br>**TERRI BLAND,** as next friend of the minor child, T.B., **and T.B.**, individually,<br><br>    Defendants. | Civil Action No. 07-1223(AK) |

## ORDER

For the reasons set forth in the Supplemental Memorandum Opinion filed contemporaneously herewith, it is this  27th  day of May, 2008, hereby

**ORDERED** that Defendants' Motion for Summary Judgment is **granted** as to Count II of Plaintiff's Complaint; and it is further

**ORDERED** that Plaintiff provide T.B. with 375 hours of compensatory education.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE