UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY MCLEOD BETHUNE DAY ACADEMY** : <br> **PUBLIC CHARTER SCHOOL** : <br> 253 42nd Street, NE : <br> Washington, D.C. 20019 : <br> : <br>     **Plaintiff** : <br> : <br> v. : <br> : <br> **TERRI BLAND,** : <br> as next friend of the minor child, T.B. : <br> and T.B., individually : <br> 5412 C Street, SE : <br> Washington, D.C. 20019 : | CIVIL ACTION NO. 1:07-01223 <br> (AK) |

## COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW

COMES NOW, counsel for the Plaintiff, Mary McLeod Bethune PCS and requests that this honorable Court grant our Motion to Withdraw as Counsel for the Plaintiff. We have been informed by the Plaintiff that in light of this Court's decision in this matter our services are no longer necessary and that the plaintiff will contact the defendant's counsel directly with regard to the Defendant's Request for Attorney fees. In support of its Motion and pursuant to Local Rules 7(a),(c), and (h), counsel for the Plaintiff submits its Memorandum of Points and Authorities in Support of its Motion to withdraw as counsel, and a proposed Order.

                                              Respectfully submitted,
                                                /s/
                                            Paul S. Dalton, Esq
                                            D.C. Bar No. 439118
                                            Dalton & Dalton, P.C.
                                            1008 Pendleton Street
                                            Alexandria, Virginia 22314
                                            (703) 739-4300 (ph)
                                            (703) 739-2323 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARY MCLEOD BETHUNE DAY ACADEMY** | : | |
| **PUBLIC CHARTER SCHOOL** | : | |
| 253 42nd Street, NE | : | |
| Washington, D.C. 20019 | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:07-01223 |
| | : | (AK) |
| **TERRI BLAND,** | : | |
| as next friend of the minor child, T.B. | : | |
| and T.B., individually | : | |
| 5412 C Street, SE | : | |
| Washington, D.C. 20019 | : | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

COMES NOW, counsel for the Plaintiff, Mary McLeod Bethune PCS and requests that this honorable Court grant our Motion to Withdraw as Counsel for the Plaintiff.  We have been informed by the Plaintiff that in light of this Court's decision in this matter our services are no longer necessary and that the plaintiff will contact the defendant's counsel directly with regard to the Defendant's Request for Attorney Fees.  The court has inherit authority to grant this request and given the current circumstances we request the Court exercise that authority.

Respectfully submitted,
   /s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARY MCLEOD BETHUNE DAY ACADEMY** | : | |
| **PUBLIC CHARTER SCHOOL** | : | |
| 253 42nd Street, NE | : | |
| Washington, D.C. 20019 | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:07-1223 |
| | : | (AK) |
| **TERRI BLAND,** | : | |
| as next friend of the minor child, T.B. | : | |
| and T.B., individually | : | |
| 5412 C Street, SE | : | |
| Washington, D.C. 20019 | : | |

## <u>ORDER</u>

Upon consideration of the Counsel for Plaintiff Motion to Withdraw and any opposition thereto, it is hereby

ORDERED: that Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff is GRANTED;

_____                    _____
Date                                              Alan Kay
                                                       United States Magistrate Judge

2