UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY MCLEOD BETHUNE DAY ACADEMY PUBLIC CHARTER SCHOOL,**<br>         Plaintiff,<br><br>         v.<br><br>**TERRI BLAND,** as next friend of the minor child, T.B., **and T.B.**, individually,<br>         Defendants. | Civil Action No. 07-1223(AK) |

## ORDER

On June 11, 2008, Defendants filed their Request for Reimbursement of Reasonable Attorney Fees and Costs [26]. Pursuant to Local Civil Rule 7(b) and Federal Rules of Civil Procedure 5(b)(2)(E) and (6)(d), Plaintiff's opposition was due on June 26, 2008. Despite representations from Dr. Linda McKay, Principal of Mary McLeod Bethune Day Academy, that an opposition was forthcoming, no such pleading has been docketed as of the date of this Order.

The Court recognizes that Plaintiff is now proceeding *pro se*. However, to ensure prompt resolution of the fee petition, which is the only remaining issue in this case, the Court will now set a deadline for Plaintiff to file its opposition. If Plaintiff fails to respond by that deadline, the Court may treat the motion as conceded. *See* LcvR 7(b).

Therefore, it is this 31st day of July, 2008, hereby

**ORDERED** that Plaintiff shall respond to Defendants' Request for Reimbursement of Reasonable Attorney Fees and Costs [26] on or before August 8, 2008.

                                                                /s/
                                                        ALAN KAY
                                                        UNITED STATES MAGISTRATE JUDGE