# Memorandum of Defendant Mary McLeod Bethune Day Academy Public Charter School in Opposition to Petitions for Attorneys' Fees

Civil Action No. 07-1223 (AK)

**Mary McLeod Bethune Day
Academy Public Charter
School.,**
    Plaintiff,

v.

**Terri Bland, as next friend of the minor
Child, T.B., and individually,**
    Defendants

RE: Defendant's Request for Reimbursement of Reasonable Attorney Fees and Costs [26]

Plaintiff, the Mary McLeod Bethune Day Academy Public Charter School, submits this Opposition to the request for $11,350.35 in attorneys' fees and costs submitted by counsel for the Plaintiff which reflect costs of the hearing complaint. The grounds for this Opposition is that, attorney fees are not assessed at the prevailing rate as stipulated by IDEA..

The defendant is Terri Bland (Brown and Associates,PLLC.

## ANY LODESTAR FIGURE SHOULD BE BASED ON THE PREVAILING RATE AS STIPULATED BY IDEA.

Congress enacted the IDEA in order to "ensure that all children with disabilities" have access to "a free appropriate public education that emphasizes special education and related services designed to meet their unique needs and prepare them for employment and independent living." 20 U.S.C. § 1400(d)(1)(A) (2000), *amended by* 20 U.S.C. § 1400 (West Supp. 2005).1 State and local educational agencies receiving federal assistance under the IDEA must institute procedural safeguards, *id.* § 1415(a) (2000), including providing parents of a disabled child "an opportunity to present complaints with respect to any matter relating to the identification, evaluation, or educational placement" of their child, *id.* § 1415(b)(6). Once parents complain, they are entitled to "an impartial due process hearing" conducted by the agency, *id.* § 1415(f)(1), and have a right to an attorney during the hearing, *id.* § 1415(h)(1). "Any party aggrieved by the findings and decision made" in the hearing can "bring a civil action with respect to the complaint" in either state or federal court seeking "appropriate" relief. *Id.* § 1415(i)(2)(A)-(B). Under our decision in *Moore v. District*

RECEIVED
AUG - 8 2008
ANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*of Columbia*, 907 F.2d 165 (D.C. Cir. 1990) (en banc), a party who *prevails* at the administrative level may also seek one form of judicial relief. Although the text of the IDEA does not explicitly identify such a party as "aggrieved," *Moore* allows that party to petition a court for recovery of attorneys' fees under the IDEA's fee-shifting provision. *Id.* at 171. The feeshifting provision states: "In any action or proceeding brought under this section, the court, in its discretion, may award reasonable attorneys' fees as part of the costs to the parents of a child with a disability who is the prevailing party." 20 U.S.C. § 1415(i)(3)(B) (2000). In an IDEA action involving the D.C. public schools, "an attorney who represents a party in an action or an attorney who defends an action, including an administrative proceeding," may not receive fees "in excess of $4,000 for that action." District of Columbia Appropriations Act, 2005, Pub. L. No. 108-335 § 327, 188 Stat. 1322, 1344 (2004).

The IDEA permits a prevailing party to recover reasonable attorneys' fees "based on rates prevailing in the community in which the action or proceeding arose for the kind and quality of services furnished." 20 U.S.C. § 1415(i)(3)(B)-(C). In determining what constitutes reasonable rates, numerous courts have concluded that attorneys' fees in these matters should be based on the prevailing rates for similar services in the community in which the action arose. *See e.g., McDowell v. District of Columbia*, 2001 U.S. Dist. Lexis 8114, 5 (2001). In addition, the court in *McDowell v. District of Columbia* held that the reasonableness of an attorney's hourly rate under IDEA provision 20 U.S.C. § 1415(l)(3) must also be determined by the attorney's specific experience. *Id.*

Mary McLeod Bethune Day Academy Public Charter School admits that Mary McLeod Bethune Day Academy Public Charter School did not prevail at the Court of Appeals. We are not denying the payment of attorney fees related to this case. We are however, asserting that the attorney fees for the hearing complaint be limited to the prevailing rate of $4,000.00 and not the attorney fee as billed at $11,350.35.

*[signature]*
August 8, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY MCLEOD BETHUNE DAY ACADEMY PUBLIC CHARTER SCHOOL,<br>    Plaintiff,<br><br>v.<br><br>TERRI BLAND, as next friend of the minor child, T.B., **and T.B.**, individually,<br>    Defendants. | Civil Action No. 07-1223(AK) |

## ORDER

On June 11, 2008, Defendants filed their Request for Reimbursement of Reasonable Attorney Fees and Costs [26]. Pursuant to Local Civil Rule 7(b) and Federal Rules of Civil Procedure 5(b)(2)(E) and (6)(d), Plaintiff's opposition was due on June 26, 2008. Despite representations from Dr. Linda McKay, Principal of Mary McLeod Bethune Day Academy, that an opposition was forthcoming, no such pleading has been docketed as of the date of this Order.

The Court recognizes that Plaintiff is now proceeding *pro se*. However, to ensure prompt resolution of the fee petition, which is the only remaining issue in this case, the Court will now set a deadline for Plaintiff to file its opposition. If Plaintiff fails to respond by that deadline, the Court may treat the motion as conceded. *See* LcvR 7(b).

Therefore, it is this 31st day of July, 2008, hereby

**ORDERED** that Plaintiff shall respond to Defendants' Request for Reimbursement of Reasonable Attorney Fees and Costs [26] on or before August 8, 2008.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Terrence Bland

June 11, 2008

In Reference To:   Terrence Bland
Invoice #10001

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/31/2006 | RG | Prepared and file due process hearing request to DCPS- complete complaint to address placement and evals and file | 0.33 365.00/hr | 120.45 |
| 11/3/2006 | YA | Phone call from parent regarding receipt of correspondence | 0.17 115.00/hr | 19.55 |
| 11/13/2006 | RG | Discussion with CS attorney; discussion with advocate re: meeting and follow up ; reviewed file to ascertain status | 0.50 365.00/hr | 182.50 |
| 11/15/2006 | RG | Discussion with mom; Charter school; advocate; mom re: meeting | 0.42 365.00/hr | 153.30 |
| 11/17/2006 | RG | Drafted letter to Charter school and discussion with advocate re: hrg date | 0.58 365.00/hr | 211.70 |
| 11/20/2006 | YA | Phone call from parent requesting letter to authorize testing | 0.17 115.00/hr | 19.55 |
| 11/22/2006 | RG | discussion with psychologist- identified prior evals to be sent | 0.50 365.00/hr | 182.50 |
|  | RG | Discussion with CH re: evals | 0.33 365.00/hr | 120.45 |
| 11/30/2006 | RG | Conference with parent ; telephone call from/to mom to discuss report card, hearing date, deadlines for documents to our office; review dates and deadlines and instructions to team re: follow up | 0.33 365.00/hr | 120.45 |
| 12/1/2006 | RG | Conference with parent - telephone call re: call from psychologist and questions; follow up letter drafted to Charter School | 0.58 365.00/hr | 211.70 |

Terrence Bland                                                                                                          Page    2

|            |    | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/4/2006  | YA | Review and draft letter to parent with a copy of the due process hearing notice date sent by the Student Hearing Office; includes copying and mailed | 0.58<br>115.00/hr | 66.70 |
| 12/5/2006  | RG | Discussion with school psychologist; ( telephone call and return call; advocate and parent re: continued HD and reason for Vineland | 0.58<br>365.00/hr | 211.70 |
|            | YA | Phone call from parent regarding questionnaire from evaluators | 0.17<br>115.00/hr | 19.55 |
| 12/6/2006  | YA | Phone call from parent to confirm meeting | 0.17<br>115.00/hr | 19.55 |
|            | YA | Draft letter to Dr. Fleitas with copy of evaluations | 0.42<br>115.00/hr | 48.30 |
|            | YA | Drafted letter to parent with the continuance hearing date notice | 0.42<br>115.00/hr | 48.30 |
|            | RG | Discussion with psychologist re: evals; advocate and parent | 0.50<br>365.00/hr | 182.50 |
| 12/11/2006 | RG | Conference with parent telephone call from parent | 0.33<br>365.00/hr | 120.45 |
| 12/15/2006 | YA | Phone call to Mary Macleod PCS regarding the motion to compel notice | 0.25<br>115.00/hr | 28.75 |
|            | YA | Drafted letter to parent regarding the Clinical Evaluation and Social History Evaluation | 0.58<br>115.00/hr | 66.70 |
| 1/9/2007   | YA | Assisted attorney to prepare disclosure to DCPS; includes reviewing hearing request, discussion with attorney; retrieved documents that are relevant; includes researching witnesses information; draft 5-day disclosure letter, tab documents, make copies and package for courier | 3.00<br>115.00/hr | 345.00 |
|            | YA | Discussion with the child's attorney to include new documents | 0.17<br>115.00/hr | 19.55 |
|            | RG | Prepare disclosure to DCPS | 1.00<br>365.00/hr | 365.00 |
| 1/11/2007  | YA | Filed Back Disclosure documents in main file | 0.50<br>115.00/hr | 57.50 |
| 1/16/2007  | YA | Phone call to parent regarding hearing | 0.17<br>115.00/hr | 19.55 |
| 1/17/2007  | RG | Prepared for Due Process Hearing | 1.50<br>365.00/hr | 547.50 |

Terrence Bland

Page 3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2007 | RG | Appearance to 825 North Capital for due process hearing and pre/post hrg discussion with mom | 2.50<br>365.00/hr | 912.50 |
| 1/29/2007 | RG | Reviewed HOD and instructions to paralegal | 0.33<br>365.00/hr | 120.45 |
| 2/2/2007 | YA | Review and draft letter to parent with a copy of the (HOD issued by the Student Hearing Office on (January 2007); includes copying and mailed | 0.42<br>115.00/hr | 48.30 |
| 2/6/2007 | YA | Phone call from parent regarding the Hearing Officer's Determination | 0.17<br>115.00/hr | 19.55 |
| 2/12/2007 | YA | Drafted letter to parent regarding continued Hearing Date Notice | 0.42<br>115.00/hr | 48.30 |
| 2/21/2007 | RG | Conference with parent call and review motion | 0.33<br>365.00/hr | 120.45 |
| | RG | Conference with parent | 0.33<br>365.00/hr | 120.45 |
| 2/22/2007 | RG | Conference with parent - telephone call from/to parent re: continuance; call to School Atty, call from/to Hearing Officer re: status | 0.50<br>365.00/hr | 182.50 |
| 3/7/2007 | YA | Review and draft letter to parent with a copy of the due process hearing notice date sent by the Student Hearing Office; includes copying and mailed | 0.42<br>115.00/hr | 48.30 |
| 3/16/2007 | RG | Prepare disclosure to DCPS supplemental | 0.50<br>365.00/hr | 182.50 |
| | RG | Assisted attorney with Supplemental disclosure to Dalton & Dalton | 0.42<br>365.00/hr | 153.30 |
| | RG | Phone call from parent regarding additional documents | 0.17<br>365.00/hr | 62.05 |
| 3/22/2007 | RG | Prepared for Due Process Hearing and discussion with mom | 1.50<br>365.00/hr | 547.50 |
| 3/23/2007 | RG | Appearance to 825 North Capital for due process hearing and post heating conference with student | 2.33<br>365.00/hr | 850.45 |
| | | For professional services rendered | 24.59 | $6,925.35 |

Terrence Bland                                                                                                    Page    4

       Additional Charges :

|  |  | Amount |
|---|---|---:|
| 10/31/2006 | Faxed HR to SHO | 10.00 |
|  | Copied: HR | 9.00 |
| 11/1/2006 | Copied; HR for parent and advocate. | 5.00 |
|  | Copied; Letter for parent re: HR. | 0.25 |
|  | Postage; Letter to parent re: HR | 0.87 |
| 11/13/2006 | Facsimile; confirming meeting to Mary McLeod Bethune. | 2.00 |
| 11/14/2006 | Made copies for parent re: resolution | 10.75 |
| 11/17/2006 | Fax request for hearing date to SHO/PCS | 4.00 |
| 12/4/2006 | Postage; Letter to parent re: HDN. | 0.39 |
|  | Received fax from SHO re: (NOH) | 1.00 |
|  | Made copies for adv re: HDN | 0.50 |
|  | Made copies for parent re: HDN | 0.50 |
| 12/6/2006 | Copied: letter to parent | 0.50 |
|  | Faxed doc to Dr. Fleitas re: evaluations | 15.00 |
|  | Postage: letter to parent | 0.39 |
| 12/8/2006 | Copied; MDT and IEP for meeting. | 12.50 |
| 12/13/2006 | Copied; Clinical and classroom observation for parent. | 2.50 |
|  | Copied; letter for parent and advocate re: evaluations. | 2.50 |
|  | copied social history | 1.50 |
|  | copied clinical and classroom observation | 2.50 |
|  | copied letter to parent re: evals. | 0.50 |
|  | Copied; Social history for parent. | 1.50 |
| 12/14/2006 | Postage; Letter to parent re: evaluations. | 1.11 |
| 12/15/2006 | Facsimile; Motion to Compel to SHO. | 3.00 |

Terrence Bland                                                                                                    Page    5

|  |  | Amount |
|---|---|---:|
| 12/15/2006 | Facsimile; Motion to Compel to Mary McLeod. | 3.00 |
| 1/8/2007 | Facsimile; IEP from Dalton. | 9.00 |
| 1/9/2007 | Facsimile; Exhibit 29-34 to Dalton, Dalton & Houston. | 22.00 |
|  | Messenger Service to and from DCPS (5 day disclosure) | 20.00 |
|  | Received fax from Dalton re:disclosure | 53.00 |
|  | Copied; Disclosure for SHO, OGC and attorney. | 146.25 |
|  | Fax Exhibits 1-15 disclosures to Dalton | 92.00 |
|  | Facsimile; Exhibit 16-34 to Dalton, Dalton & Houston. | 103.00 |
| 1/17/2007 | Taxi Service to and from DCPS (Hearing) | 16.00 |
| 1/29/2007 | copied HOD | 8.00 |
| 2/2/2007 | Postage; letter to parent (HOD) | 0.63 |
|  | Copied doc for parent re: HOD | 0.25 |
| 2/12/2007 | Postage; Letter to parent re: HDN | 0.39 |
|  | copied letter to parent re: HDN | 0.75 |
| 3/5/2007 | Received fax from SHO re: order | 2.00 |
| 3/7/2007 | Copied; Letter for parent re: HDN. | 0.75 |
|  | Received fax from SHO re: NOH | 1.00 |
|  | Postage; HDN w/letter to parent. | 0.39 |
| 3/16/2007 | Messenger Service to and from DCPS (5 day) | 20.00 |
|  | Copied doc for SHO re: disclosure | 8.25 |
|  | Copied doc for OGC re: disclosure | 8.25 |
| 3/23/2007 | Taxi Service to and from DCPS (hearing) | 16.00 |
|  | Total additional charges | $618.67 |
|  | Total amount of this bill | $7,544.02 |

Terrence Bland

Page    6

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Roberta Gambale, Attorney | 16.39 | 365.00 | $5,982.35 |
| Yamileth Amaya, Paralegal | 8.20 | 115.00 | $943.00 |